**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

KAMAL RAVIKANT,

                     Plaintiff,

      -against-

CHRISTINE H. ROHDE, MD, et al.,

                     Defendants.

21-cv-4758 (GHW) (OTW)

**ORDER**

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

As ordered at the discovery status conference on October 13, 2021, by close of business on **October 14, 2021**, Defendants are directed to provide to Plaintiff's counsel up to five New York state cases relating to Plaintiff's proposed amendment to include a fraud claim. By **October 27, 2021**, Defendants are directed to produce any portion of the Doppler imaging study carried out by Dr. Alukal, and any other imaging studies taken at New York Presbyterian Hospital during the relevant period, or to provide Plaintiff an update on Defendants' search for these items. None of these documents should be filed on the docket.

By **October 27, 2021**, Plaintiff is directed to: (1) respond to Defendants' requests for production, and (2) advise the Court whether Plaintiff seeks to amend his Complaint to add a fraud claim after review of the cases provided by Defendants on October 14, 2021.

The Court will hold another telephonic discovery status conference on **December 2, 2021 at 2:30 p.m.** The dial in information is (866) 390-1828, access code 1582687. The parties are directed to submit a joint status report by **November 23, 2021**.

**SO ORDERED.**

|  |  |
|---|---|
|  | _s/ Ona T. Wang_ |
| Dated: October 14, 2021 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |