**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

KAMAL RAVIKANT,

                Plaintiff,                21-cv-4758 (GHW) (OTW)

      -against-                        **ORDER**

CHRISTINE H. ROHDE, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

As discussed at the February 2, 2022 conference, the parties are directed to meet and confer to resolve any disputes related to records from New York Presbyterian Hospital. If, after meeting and conferring, Plaintiff still seeks to file a motion to compel discovery, the parties will comply with the following briefing schedule:

- Plaintiff will file his motion to compel on March 2, 2022;
- Defendants will file their response on March 16, 2022; and
- Plaintiff's reply, if any, will be filed on March 23, 2022.

If the parties find that the meet and confer process is productive and would like an extension of this schedule, they may request an adjournment in a joint letter, proposing an updated schedule. The Court will grant only **one** extension of this briefing schedule.

The parties are further directed to appear for an in-person status conference on **March 30, 2022, at 11:00 am** in Courtroom 20D, New York, NY 10007. If any counsel cannot appear in person due to COVID-19-related concerns, they may make an *ex parte* request to appear

remotely. Counsel who appear in person should be prepared to meaningfully participate in the status conference.

**SO ORDERED.**

Dated: February 10, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge