UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KAMAL RAVIKANT,

                       Plaintiff,

                  -against-

JOSEPH P. ALUKAL, et al.

                       Defendants.

------------------------------------------------------------X

21-cv-4758 (GHW) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' eleven-page joint status letter. (ECF 92). Plaintiff is hereby directed to produce full and complete copies of all employment and tax records from 2015 to the present.

Defendants' remaining discovery requests are overbroad.[1] The parties are directed to meet and confer to discuss time, volume, and subject matter and/or search term limitations on RFPs 20, 22, 45, 121, 123, and 124. The parties are directed to file a joint status letter on **August 4, 2022**, outlining the narrowed scope of discovery, and agreeing on a timeline for the production of the same.

---

[1] Defendants seek (1) "Any documents or communications regarding Evovle I" (RFP 20); (2) "Any documents or communications to, from or regarding any investor, potential investor, partner, limited partner, associate, advisor, employee, consultant, independent contractor, volunteer involved or associated with Evolve I" (RFP 22); (3) "Any documents or communications to, from or regarding any investor, potential investor, partner, limited partner, associate, advisor, employee, consultant, independent contractor, volunteer involved or associated with Evolve II" (RFP 45); (4) any emails sent by Plaintiff between October 1, 2019 and October 31, 2020 (RFP 121); and (5) any messages sent or received by Plaintiff on any social media platform during that same period (RFP 123, 124).

1

The fact discovery deadlines is extended to **September 13, 2022**.

**SO ORDERED.**

| | |
|---|---|
| | _s/ Ona T. Wang_ |
| Dated: July 13, 2022 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |