UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMAL RAVIKANT,

           Plaintiff,                    No. 21-cv-04758 (GHW) (OTW)

    -against-                    **NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

CHRISTINE ROHDE, M.D. et al.,

           Defendant.

---

      PLEASE TAKE NOTICE that going forward Plaintiff Kamal Ravikant will be no longer be represented in this matter by Steven B. Stein.  Mr. Stein sadly passed away during the last week of July, 2022.  Mr. Vasquez will assume duties as lead counsel in the matter.  Plaintiff does not seek modifications to the requested schedule in the reports filed with the court seeking a final scheduling order.

      In accordance with Local Rule 1.4, Plaintiff respectfully request that the Court order the withdrawal of Steven B. Stein as counsel, and no longer sent him docketing notifications via the ECF system.

.

Dated: August 5, 2022                    Respectfully submitted,

                                              /s/ *Richard C. Vasquez*
                                              Richard C. Vasquez

                                              VASQUEZ BENISEK & LINDGREN LLP
                                              1550 Parkside Drive, Suite 130
                                              Walnut Creek, CA 94596
                                              Email: rvasquez@vbllaw.com

                                              *Counsel for Plaintiff*