UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMAL RAVIKANT,

            Plaintiff,

-against-

CHRISTINE ROHDE, M.D. et al.,

           Defendant.

No. 21-cv-04758 (GHW) (OTW)

[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that going forward Plaintiff Kamal Ravikant's Notice of Motion to Withdraw as Counsel has been GRANTED.

IT IS HEREBY ORDERED THAT Steven B. Stein, counsel for Plaintiff Kamal Ravikant has been withdrawn from this matter, and will no longer receive docketing notifications via the ECF system.

Dated: Aug 9, 2022

_____
United States District/Magistrate Judge

*The Court sends its condolences to Mr. Stein's community.*