UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

KAMAL RAVIKANT,

                             Plaintiff,         JOINT PROPOSED DISCOVERY
   - against -                                 SCHEDULE

CHRISTINE H. ROHDE, M.D., JOSEPH P.     Civil Action No. 21-CV-04758
ALUKAL, M.D., JARROD BOGUE, M.D.,
COLUMBIA DOCTORS FACULTY
PRACTICE GROUP OF THE COLUMBIA       Hon. Magistrate Judge Ona T.
UNIVERSITY IRVING MEDICAL CENTER    Wang
AND THE NEW YORK AND
PRESBYTERIAN HOSPITAL,                    Date: September 9, 2022

                            Defendants.

———————————————————————— x

Dear Hon. Magistrate Judge Wang:

We the undersigned represent Plaintiff and Defendants in the above referenced action. Pursuant to the directive of this Court's August 9, 2022 Order (ECF 97), we have further met and conferred regarding outstanding discovery issues, and have agreed reached a resolution per the following proposed discovery schedule:

1. Plaintiff to produce discovery responsive to Defendants' narrowed request ("Any and all documents, communications, emails, social media messages and/or postings prepared, sent, received, and/or posted by the plaintiff relating to any employment, investment, podcasts he engaged in or was considering engaging in, books he authored or was working on, and any other type of business ventures from October 1, 2019 through October, 31, 2020.") <u>on or before September 23, 2022</u>

2. Plaintiff's deposition to be completed <u>on or before December 2, 2022</u> (to allow time for review of new disclosures, any further demands after consideration of same, and accounting for the Thanksgiving holiday);

3. Depositions of party defendants Dr. Alukal, Dr. Rhode, and Nurse Rovano to be completed <u>on or before January 30, 2023</u> (accounting for winter holidays);

4. Thirty (30) days after completion of the depositions of party defendants, Dr. Alukal, Dr. Rhode, and Nurse Rovano, plaintiff will advise Defendants of any further fact witness(es) he seeks to depose. Defendants reserve their right to move to quash/oppose fact witness deposition(s) sought by the plaintiff.

5. Rule 30(b)(6) conference to occur <u>on or before February 13, 2023</u>;

1

6. Fact witness depositions to be completed <u>on or before May 31, 2023</u>;

7. Close of fact discovery <u>on June 30, 2023</u>;

8. Close of expert discovery <u>on October 30, 2023</u>.

The parties are currently scheduled to appear for an in-person conference on September 16, 2022 at 2:30 PM to discuss outstanding discovery disputes. Given that the above proposed discovery schedule resolves the parties' outstanding discovery disputes, kindly advise whether this conference will be adjourned per the directives of this Court's August 9, 2022 Order (ECF 97).

Thank you for your courtesies.

Respectfully submitted,

*/s/Nanor LT Bahadurian*
Nanor LT Bahadurian
Aaronson Rappaport Feinstein
and Deutsch LLP
Attorneys for Defendants
600 Third Ave, 5th Floor
New York, NY 10016
(212) 593-1250
nltbahadurian@arfdlaw.com


*/s/ Richard C. Vasquez*
Richard C. Vasquez
Vasquez Benisek & Lindgren
Attorneys for Plaintiff
1550 Parkside Drive, Suite 130
Walnut Creek, CA 94596
(925) 627-4250
rvasquez@vbllaw.com