UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KAMAL RAVIKANT,

                Plaintiff,

          -against-

JOSEPH P. ALUKAL, et al.

                Defendants.

------------------------------------------------------------X

21-cv-4758 (GHW) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a telephonic discovery status conference on September 16, 2022. As discussed and agreed upon at the conference, Plaintiff's deposition shall be completed in **November**, individual defendants depositions shall be completed in **December**, and 30(b)(6) depositions, if any, shall be completed in **January**.

The parties are directed to file a joint discovery status letter on **November 18, 2022** that shall set forth an agreed-upon deposition schedule, and the status of any contemplated depositions of non-party witnesses.

The parties' next joint discovery status letter is due **December 16, 2022,** and shall update the Court on the status of depositions, the status of all fact discovery, and a plan to complete any non-party depositions.

The fact discovery deadline is extended to **March 3, 2022**.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: September 16, 2022<br>New York, New York | _s/ Ona T. Wang_<br>**Ona T. Wang**<br>United States Magistrate Judge |