UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KAMAL RAVIKANT,                               21-cv-4758 (GHW) (OTW)

                Plaintiff,

       -against-                            **ORDER**

JOSEPH P. ALUKAL, et al.

                Defendants.

------------------------------------------------------------X

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold an in-person Status Conference on **July 19, 2023, at 2:00 p.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007.** The parties are directed to file a **joint proposed agenda** for the conference by **2:00 p.m. July 18, 2023.**

**SO ORDERED.**

                                                                *s/ Ona T. Wang*

Dated: July 13, 2022                                                  **Ona T. Wang**
        New York, New York                            United States Magistrate Judge

1