UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KAMAL RAVIKANT,

                Plaintiff,

         -against-

JOSEPH P. ALUKAL, et al.

               Defendants.

------------------------------------------------------------X

21-cv-4758 (GHW) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 112. The parties' joint motion to **ADJOURN** the status conference scheduled for August 16, 2023, is **GRANTED**. (ECF 112). The status conference is **ADJOURNED sine die**.

The schedule for expert discovery shall be as follows:

(1) Plaintiff expert reports due by November 7, 2023;

(2) Defendants expert reports due by December 7, 2023;

(3) Expert depositions to be completed by February 1, 2024;

The parties shall file a **monthly joint status letter** on the last business Friday of each month beginning **September 29, 2023**.

In the next joint status letter, the parties shall report if they wish to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). The undersigned is already referred for both General Pretrial and Dispositive motion. (*See* ECF 7). The parties shall also report in the joint status letter if they wish to be referred to

mediation or settlement.

**SO ORDERED.**

Dated: August 11, 2023  
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge