UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x

KAMAL RAVIKANT,

                 **Plaintiff,**     JOINT LETTER STATUS
- against -     LETTER AND RESPONSE TO
   OSC DATED 10/12/23

CHRISTINE H. ROHDE, M.D., JOSEPH P.
ALUKAL, M.D., JARROD BOGUE, M.D.,     Civil Action No. 21-CV-04758
COLUMBIA DOCTORS FACULTY
PRACTICE GROUP OF THE COLUMBIA     Hon. Magistrate Judge Ona T.
UNIVERSITY IRVING MEDICAL CENTER     Wang
AND THE NEW YORK AND
PRESBYTERIAN HOSPITAL,     Date: October 27, 2023

                 **Defendants.**
───────────────────────────────── x

Dear Hon. Magistrate Judge Wang:

The matter is being actively litigated and the parties are following the schedule set forth in the court's most recent order.

There are no disputes between the parties which require intervention or decision by the court.

The depositions of Dr. Brandes, Dr. Shafizadeh and Mr. Benisek have been complete. The last fact deposition scheduled is Naval Ravikant. The latter deposition was scheduled for October 10, 2023, but was cancelled by mutual agreement when Naval Ravikant notified counsel he had a family emergency that necessitated postponement.

Dr. Bogue is being dismissed as a party after his deposition took place. Plaintiff is in the process of signing authorizations for medical record access to defendants for treatment since the prior access was granted.

The parties expect to meet the remaining deadlines in the court's schedule. Plaintiff's expert reports are being served on November 7, 2023.

The parties are meeting and conferring regarding Plaintiff's response to a single interrogatory, which they mutually hope to resolve before next month's report.

                 Respectfully submitted,

                 **Aaronson Rappaport Feinstein and Deutsch by:**
                 s/Robert Cecala
                 Attorneys for Defendants

-2-

600 Third Ave, 5th Floor
New York, NY 10016
(212) 593-1060
ajbenard@arfdlaw.com

**Vasquez Benisek & Lindgren by:**
 s/ **Richard C. Vasquez**
Attorneys for Plaintiff
1550 Parkside Drive, Suite 130 Walnut Creek, CA 94596  (925) 627-4250
rvasquez@vbllaw.com