UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMAL RAVIKANT,

                Plaintiff,

- against -

CHRISTINE H. ROHDE, M.D., JOSEPH P. ALUKAL, M.D. JARROD BOGUE. M.D., COLUMBIA DOCTORS FACULTY PRACTICE GROUP OF THE COLUMBIA UNIVERSITY IRVING MEDICAL CENTER AND THE NEW YORK AND PRESBYTERIAN HOSPITAL,

                Defendants.

No. 21-cv-04758 (GHW) (OTW)

JOINT STIPULATION OF DISMISSAL OF DEFENDANT JARROD BOGUE, M.D.

    Plaintiff Kamal Ravikant and Defendant Jarrod Bogue, M.D. (collectively, "Parties"), by and through their respective counsel of record, hereby enter the following stipulation and mutually request the Court to enter an order in accordance herewith.

    WHEREAS, the Parties wish to effect to the dismissal of all claims in this lawsuit against Defendant Bogue with prejudice;

    WHEREAS, Defendant Bogue hereby waives releases any and all existing claims for malicious prosecution or abuse of process in connection with Plaintiff's assertion of the claims in this lawsuit against Defendant Bogue; and hereby waives and releases any and all existing right to recover attorneys' fees and costs associated with Plaintiff's claims in the lawsuit from Plaintiff and Plaintiff's counsel; and

    WHEREAS, the Parties agree to bear their own fees and costs associated with this lawsuit and with this dismissal.

    NOW THEREFORE, the Parties hereby stipulate to the following:

    1.    That Plaintiff's claims in this lawsuit are dismissed against Defendant Bogue with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Defendant Bogue hereby waives and releases any and all existing claims for malicious prosecution or abuse of process in connection with Plaintiff's assertion of the claims in this lawsuit against Defendant Bogue; and hereby waives and releases any and all existing right to recover attorneys' fees and costs associated with Plaintiff's claims in the lawsuit from Plaintiff and Plaintiff's counsel; and

3. The Parties agree to bear their own fees and costs associated with this lawsuit and with this dismissal.

**IT IS SO STIPULATED.**

Dated: October 27, 2023

Respectfully submitted,

*/s/ Richard C. Vasquez*
_____
Richard C. Vasquez

VASQUEZ BENISEK & LINDGREN LLP
1550 Parkside Drive, Suite 130
Walnut Creek, CA 94596
Email: rvasquez@vbllaw.com

*Counsel for Plaintiff Kamal Ravikant*

*/s/ Nanor LT Bahadurian*
_____
Nanor LT Bahadurian

AARONSON RAPPAPORT FEINSTEIN & DEUTSCH LLP
Office & P.O. Address
600 Third Avenue
New York, NY 10016
Email: nltbahadurian@arfdlaw.com

*Counsel for Defendants Jarrod Bogue, M.D., Christine H. Rohde, M.D., Joseph P. Alukal, M.D., Trustees of Columbia University in the City of New York s/h/a "Columbia Doctors Faculty Practice Group of the Columbia University Irving Medical Center," and The New York and Presbyterian Hospital*