UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMAL RAVIKANT,

                Plaintiff,

-against-

CHRISTINE ROHDE, M.D. et al.,

                Defendant.

No. 21-cv-04758 (DEH) (OTW)

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

    PLEASE TAKE NOTICE that going forward Plaintiff Kamal Ravikant's Notice of Motion to Withdraw as Counsel has been GRANTED.

    IT IS HEREBY ORDERED THAT Marc Zimmerman, counsel for Plaintiff Kamal Ravikant has been withdrawn from this matter, and will no longer receive docketing notifications via the ECF system.

Dated: April 12, 2024

_____

ONA T. WANG

United States Magistrate Judge