UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KAMAL RAVIKANT,

               Plaintiff,                             21-cv-4758 (DEH) (OTW)

        -against-                                **ORDER**

CHRISTINE H. ROHDE, MD, et al.,

               Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Thursday, November 21, 2024 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

        **SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: October 17, 2024                                   **Ona T. Wang**
      New York, New York                       United States Magistrate Judge