UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAMAL RAVIKANT,

                Plaintiff,

    -against-

CHRISTINE H. ROHDE, MD, et al.,

                Defendants.

---

21-cv-4758 (DEH) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on Thursday, November 21, 2024. As **ORDERED** at the November 21 conference, the parties' *Daubert* cross-motions are due **January 24, 2025.** Oppositions, if any, are due **February 7, 2025.** Replies, if any, are due **February 14, 2025.**

SO ORDERED.

Dated: November 21, 2024
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge