UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| KAMAL RAVIKANT, | |
|           Plaintiff, | No. 21-cv-04758 (DEH) (OTW) |
|           -against- | **DECLARATION OF RICHARD C. VASQUEZ** |
| CHRISTINE H. ROHDE, M.D. et al., | |
|           Defendant. | |

I, Richard C. Vasquez, declare as follows:

1. I am the attorney for Plaintiff Kamal Ravikant and submit this declaration in support of his motion to exclude Defendants' Expert Opinions of Dr. Stanton C. Honig and Dr. Joseph Serletti.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Stanton C. Honig, M.D., dated December 5, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Joseph Serletti, MD., dated December 6, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Kamal Ravikant, taken on November 8, 2022 (pages 187-190).

. I declare under penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California this 24th day of January, 2025.

_____
Richard C. Vasquez