UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMAL RAVIKANT,

Plaintiff,

v.

CHRISTINE H. ROHDE, M.D., JOSEPH P. ALUKAL, M.D., JENNIE ROVANO, R.N., COLUMBIA DOCTORS MEDICAL GROUP, THE NEW YORK AND PRESBYTERIAN HOSPITAL,

Defendants.

21-CV-4758 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to a scheduling conflict, the Final Pretrial Conference is ADJOURNED to Monday, November 23, 2026 at 10:00 a.m. in Courtroom 905.

SO ORDERED.

Dated: August 6, 2026
New York, New York

DALE E. HO
United States District Judge