UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMAL RAVIKANT,

Plaintiff,

v.

CHRISTINE H. ROHDE, M.D., et al.,

Defendants.

21-CV-4758 (DEH)

ORDER

DALE E. HO, United States District Judge:

Counsel for all parties in this case are hereby directed to appear for a status conference with the Court on **Friday, October 9, 2026** at **11:30 a.m**. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 691 144 883, followed by the pound (#) sign.

SO ORDERED.

Dated: October 8, 2026
New York, New York

DALE E. HO
United States District Judge