**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KAMAL RAVIKANT,

Plaintiff,

-against-

CHRISTINE ROHDE, M.D. et al.,

Defendants.

No. 21-cv-04758 (DEH) (OTW)

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that going forward the Motion of Richard C. Vasquez to Withdraw as Counsel of Record for Plaintiff Kamal Ravikant has been GRANTED.

IT IS HEREBY ORDERED THAT Richard C. Vasquez, counsel for Plaintiff Kamal Ravikant, has been withdrawn from this matter, and will no longer receive docketing notifications via the ECF system.

SO ORDERED.

Dated: October 27, 2026
New York, New York

Dale E. Ho
United States District Judge